AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Marvin H. Schwartz,

*Plaintiff,*

v.

Case No. 0:17−cv−01571−WMW−DTS

Silver Bay Realty Trust Corporation, et al.,

*Defendant.*

---

**SUMMONS IN A CIVIL ACTION**

To: Silver Bay Realty Trust Corporation

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Garrett D Blanchfield, Jr
332 Minnesota St Ste E−1250
St Paul, MN
55101

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*

By:

U.S. DISTRICT COURT DISTRICT OF MINNESOTA

Signature of Clerk or Deputy Clerk

Kim Krulas

Date of Issuance: May 11, 2017

# Summons and Complaint Return of Service

Case No. 0:17−cv−01571−WMW−DTS

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Silver Bay Realty Trust Corporation

Date of Service: ______________________________

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:** Travel $______ Service $______ Total $______

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: ______________________________

Signature of Server: ______________________________

Date: ______________________________

Server's Address: ______________________________

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Marvin H. Schwartz,

*Plaintiff,*

v.

Case No. 0:17−cv−01571−WMW−DTS

Silver Bay Realty Trust Corporation, et al.,

*Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Irvin R. Kessler

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Garrett D Blanchfield, Jr
332 Minnesota St Ste E−1250
St Paul, MN
55101

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*

By:

U.S. DISTRICT COURT DISTRICT OF MINNESOTA

Signature of Clerk or Deputy Clerk

Kim Krulas

Date of Issuance: May 11, 2017

# Summons and Complaint Return of Service

Case No. 0:17−cv−01571−WMW−DTS

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Irvin R. Kessler

Date of Service: ______________________________

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:** Travel $______ Service $______ Total $______

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: ______________________________

Signature of Server: ______________________________

Date: ______________________________

Server's Address: ______________________________

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Minnesota

Marvin H. Schwartz,

*Plaintiff,*

v.

Case No. 0:17−cv−01571−WMW−DTS

Silver Bay Realty Trust Corporation, et al.,

*Defendant.*

---

**SUMMONS IN A CIVIL ACTION**

To: Thomas W. Brock

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Garrett D Blanchfield, Jr
332 Minnesota St Ste E−1250
St Paul, MN
55101

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*

By:

Signature of Clerk or Deputy Clerk

Kim Krulas

Date of Issuance: May 11, 2017

# Summons and Complaint Return of Service

Case No. 0:17−cv−01571−WMW−DTS

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Thomas W. Brock

Date of Service: ______________________________

## Method of Service

____ Personally served at this address:

______________________________

______________________________

______________________________

____ Left copies at defendant's usual place of abode with (name of person):

______________________________

______________________________

______________________________

____ Other (specify):

______________________________

______________________________

______________________________

____ Returned unexecuted (reason):

______________________________

______________________________

______________________________

**Service Fees:** Travel $______ Service $______ Total $______

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: ______________________________

Signature of Server: ______________________________

Date: ______________________________

Server's Address: ______________________________

______________________________

______________________________

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Marvin H. Schwartz,

*Plaintiff,*

v.

Case No. 0:17−cv−01571−WMW−DTS

Silver Bay Realty Trust Corporation, et al.,

*Defendant.*

---

**SUMMONS IN A CIVIL ACTION**

To: Tanuja M. Dehne

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Garrett D Blanchfield, Jr
332 Minnesota St Ste E−1250
St Paul, MN
55101

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*

By:

U.S. DISTRICT COURT
DISTRICT OF MINNESOTA

Signature of Clerk or Deputy Clerk

Kim Krulas

Date of Issuance: May 11, 2017

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:17−cv−01571−WMW−DTS

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Tanuja M. Dehne

Date of Service: ______________________________

## Method of Service

_____ Personally served at this address:
______________________________
______________________________
______________________________

_____ Left copies at defendant's usual place of abode with (name of person):
______________________________
______________________________
______________________________

_____ Other (specify):
______________________________
______________________________
______________________________

_____ Returned unexecuted (reason):
______________________________
______________________________
______________________________

**Service Fees:** Travel $_______ Service $_______ Total $_______

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: ______________________________

Signature of Server: ______________________________

Date: ______________________________

Server's Address: ______________________________
______________________________
______________________________

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

Marvin H. Schwartz,

*Plaintiff,*

v.

Case No. 0:17−cv−01571−WMW−DTS

Silver Bay Realty Trust Corporation, et al.,

*Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Stephen G. Kasnet

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Garrett D Blanchfield, Jr
332 Minnesota St Ste E−1250
St Paul, MN
55101

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*

By:




Signature of Clerk or Deputy Clerk

Kim Krulas

Date of Issuance: May 11, 2017

# Summons and Complaint Return of Service

Case No. 0:17−cv−01571−WMW−DTS

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Stephen G. Kasnet

Date of Service: ____________________

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:** Travel $______ Service $______ Total $______

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: ____________________

Signature of Server: ____________________

Date: ____________________

Server's Address: ____________________

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Minnesota

Marvin H. Schwartz,

*Plaintiff,*

v. Case No. 0:17−cv−01571−WMW−DTS

Silver Bay Realty Trust Corporation, et al.,

*Defendant.*

---

**SUMMONS IN A CIVIL ACTION**

To: Thomas E. Siering

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Garrett D Blanchfield, Jr
332 Minnesota St Ste E−1250
St Paul, MN
55101

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT* By:

U.S. DISTRICT COURT DISTRICT OF MINNESOTA

Signature of Clerk or Deputy Clerk

Kim Krulas

Date of Issuance: May 11, 2017

[redacted]



## Summons and Complaint Return of Service

Case No. 0:17−cv−01571−WMW−DTS

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Thomas E. Siering

Date of Service: ______________________________

### Method of Service

_____ Personally served at this address:

______________________________

______________________________

______________________________

_____ Left copies at defendant's usual place of abode with (name of person):

______________________________

______________________________

______________________________

_____ Other (specify):

______________________________

______________________________

______________________________

_____ Returned unexecuted (reason):

______________________________

______________________________

______________________________

**Service Fees:** Travel $______ Service $______ Total $______

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: ______________________________

Signature of Server: ______________________________

Date: ______________________________

Server's Address: ______________________________

______________________________

______________________________

[redacted]

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

Marvin H. Schwartz,

*Plaintiff,*

v. Case No. 0:17−cv−01571−WMW−DTS

Silver Bay Realty Trust Corporation, et al.,

*Defendant.*

---

**SUMMONS IN A CIVIL ACTION**

To: Daryl J. Carter

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Garrett D Blanchfield, Jr
332 Minnesota St Ste E−1250
St Paul, MN
55101

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*

By:




Signature of Clerk or Deputy Clerk

Kim Krulas

Date of Issuance: May 11, 2017

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:17−cv−01571−WMW−DTS

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Daryl J. Carter

Date of Service: ______________________________

## Method of Service

____ Personally served at this address:

______________________________

______________________________

______________________________

____ Left copies at defendant's usual place of abode with (name of person):

______________________________

______________________________

______________________________

____ Other (specify):

______________________________

______________________________

______________________________

____ Returned unexecuted (reason):

______________________________

______________________________

______________________________

**Service Fees:** Travel $______ Service $______ Total $______

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: ______________________________

Signature of Server: ______________________________

Date: ______________________________

Server's Address: ______________________________

______________________________

______________________________

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

Marvin H. Schwartz,

*Plaintiff,*

v.

Case No. 0:17−cv−01571−WMW−DTS

Silver Bay Realty Trust Corporation, et al.,

*Defendant.*

## SUMMONS IN A CIVIL ACTION

To: W. Reid Sanders

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Garrett D Blanchfield, Jr
332 Minnesota St Ste E−1250
St Paul, MN
55101

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*

By:

U.S. DISTRICT COURT DISTRICT OF MINNESOTA

Kim Krulas

Signature of Clerk or Deputy Clerk

Kim Krulas

Date of Issuance: May 11, 2017

# Summons and Complaint Return of Service

Case No. 0:17−cv−01571−WMW−DTS

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: W. Reid Sanders

Date of Service: ______________________________

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:** Travel $______ Service $______ Total $______

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: ______________________________

Signature of Server: ______________________________

Date: ______________________________

Server's Address: ______________________________

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Minnesota

Marvin H. Schwartz,

*Plaintiff,*

v. Case No. 0:17−cv−01571−WMW−DTS

Silver Bay Realty Trust Corporation, et al.,

*Defendant.*

---

**SUMMONS IN A CIVIL ACTION**

To: Mark Weld

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Garrett D Blanchfield, Jr
332 Minnesota St Ste E−1250
St Paul, MN
55101

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*

By:

U.S. DISTRICT COURT DISTRICT OF MINNESOTA

Kim Krulas

Signature of Clerk or Deputy Clerk

Kim Krulas

Date of Issuance: May 11, 2017

[redacted]



## Summons and Complaint Return of Service

Case No. 0:17−cv−01571−WMW−DTS

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Mark Weld

Date of Service: ________________________________

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:** Travel $_______ Service $_______ Total $_______

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: ________________________________

Signature of Server: ________________________________

Date: ________________________________

Server's Address: ________________________________

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Minnesota

Marvin H. Schwartz,

*Plaintiff,*

v.

Case No. 0:17−cv−01571−WMW−DTS

Silver Bay Realty Trust Corporation, et al.,

*Defendant.*

### SUMMONS IN A CIVIL ACTION

To: Tricon Capital Group Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Garrett D Blanchfield, Jr
332 Minnesota St Ste E−1250
St Paul, MN
55101

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*

By:




Signature of Clerk or Deputy Clerk

Kim Krulas

Date of Issuance: May 11, 2017

[redacted]

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:17−cv−01571−WMW−DTS

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Tricon Capital Group Inc.

Date of Service: ______________________________

## Method of Service

_____ Personally served at this address:

______________________________

______________________________

______________________________

_____ Left copies at defendant's usual place of abode with (name of person):

______________________________

______________________________

______________________________

_____ Other (specify):

______________________________

______________________________

______________________________

_____ Returned unexecuted (reason):

______________________________

______________________________

______________________________

**Service Fees:** Travel $______ Service $______ Total $______

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: ______________________________

Signature of Server: ______________________________

Date: ______________________________

Server's Address: ______________________________

______________________________

______________________________