## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Marvin H. Schwartz, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 17-cv-1571 WMW/DTS |
| Silver Bay Realty Trust Corporation, Irvin R. Kessler, Thomas W. Brock, Tanuja M. Dehne, Stephen G. Kasnet, Thomas E. Siering, Daryl J. Carter, W. Reid Sanders, Mark Weld, Tricon Capital Group Inc., TAH Acquisition Holdings LLC, | |
| Defendant(s). | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Defendants' motion to dismiss, (Dkt. 39), is GRANTED, and the amended complaint, (Dkt. 35), is DISMISSED WITHOUT PREJUDICE.

| | |
|---|---|
| Date: 7/10/2018 | KATE M. FOGARTY, CLERK |
| | s/Katie Thompson |
| | (By)   Katie Thompson, Deputy Clerk |